### IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF GEORGIA
### MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| vs. : | CRIMINAL NO. 5:22-CR-11 |
| : | |
| SHELLEY JOHNSON : | |
| : | |
| _____ : | |

## MOTION TO UNSEAL

COMES NOW the United States of America, by and through its attorney, the United States Attorney for the Middle District of Georgia, and respectfully submits this Motion to Unseal, requesting that the above-referenced case be unsealed.

Respectfully submitted this 25th day of February, 2022.

        PETER D. LEARY
        UNITED STATES ATTORNEY
        MIDDLE DISTRICT OF GEORGIA


BY:   */s/ William R. Keyes*
        WILLIAM R. KEYES
        Assistant United States Attorney
        Georgia Bar Number 368650
        United States Attorney's Office
        Middle District of Georgia
        Post Office Box 1702
        Macon, Georgia 31202-1702
        Telephone: (478) 621-2635
        Email: william.r.keyes@usdoj.gov

## CERTIFICATE OF SERVICE

I, WILLIAM R. KEYES, Assistant United States Attorney, hereby certify that I emailed the within and foregoing *Motion to Unseal* to the Clerk of the Court for filing.

This 25th day of February, 2022.

        PETER D. LEARY
        UNITED STATES ATTORNEY
        MIDDLE DISTRICT OF GEORGIA

        BY:   */s/ William R. Keyes*
        WILLIAM R. KEYES
        Assistant United States Attorney
        Georgia Bar Number 368650
        United States Attorney's Office
        Middle District of Georgia
        Post Office Box 1702
        Macon, Georgia 31202-1702
        Telephone: (478) 621-2635
        Email: william.r.keyes@usdoj.gov