IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| vs. | :    CRIMINAL NO. 5:22-CR-11 |
| SHELLEY JOHNSON | : |

## ORDER TO UNSEAL

The Court having read the Motion to Unseal in this matter, and it appearing to the Court that the case should be unsealed,

IT IS ORDERED that the case be unsealed in its entirety.

SO ORDERED this ___1___ day of March, 2022.

_____
TILMAN E. SELF, III
UNITED STATES DISTRICT COURT JUDGE